

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Wendy K. Voss
Partner
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

January 31, 2006

**ELECTRONIC FILING & HAND DELIVERY**

Anita Bolton
Courtroom Deputy
United States District Court
 For the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: **Delaware Racing Association v. Pompeii Furniture Co., Inc., C.A. No. 99-836-JJF**

Dear Ms. Bolton:

I am writing in response to your letter dated January 27, 2006 regarding the above-referenced matter and to provide you with written consent to discard the materials.

Should you have any questions, please do not hesitate to call me.

Very truly yours,

Wendy K. Voss
(Del. Bar. 3142)

WKV/drt

cc: Megan Trocki Mantzavinos, Esquire (via electronic filing)

PA&C-717473v1